ROBERT RUPPRECHT, PROSECUTOR–APPELLANT, v. JOHN J. DRANEY, MAGISTRATE, ET AL., DEFENDANTS-RESPONDENTS.

Argued February 14, 1949—Decided February 21, 1949.

*Mr. Ralph W. Chandless* argued the cause for the prosecutor-appellant (*Mr. George I. Marcus,* attorney).

*Mr. Donald M. Waesche* argued the cause for the defendants-respondents.

*Mr. Walter H. Jones* filed a brief amicus curiae.

PER CURIAM. The judgment will be affirmed for the reasons expressed in the opinion of Mr. Justice Donges in the former Supreme Court.

*For affirmance:* Chief Justice VANDERBILT and Justices CASE, HEHER, OLIPHANT, WACHENFELD, BURLING, and ACKERSON—7.

*For reversal:* None.